UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>LYRIC CHRISTINA SIMON TSCHETTER,<br><br>  Defendant. | 4:22-CR-40046-KES<br><br>ORDER ACCEPTING<br>REPORT & RECOMMENDATION |

   On November 21, 2023, defendant, Lyric Christina Simon Tschetter, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to Count 2 of the Second Superseding Indictment. Count 2 of the Second Superseding Indictment charges Tschetter with conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. The parties both waived any objection to the report and recommendation. Upon review of the record in this case, it is

   ORDERED that the report and recommendation (Docket 153) is adopted. The defendant is adjudged guilty of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846.

   It is FURTHER ORDERED that the sentencing hearing in this matter will be on February 9, 2024, at 2:00 p.m. in Sioux Falls Courtroom 2.

   Dated November 21, 2023.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE